UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
JUN 20 2016
CLERK, US DISTRICT COURT
NORFOLK, VA

DAVID MICHAEL TROTMAN, JR., #527722

Petitioner,

v.                                                         CIVIL ACTION NO. 2:15cv364

DEBRA FERGUSON,
Commissioner of the Virginia Department
of Behavior Health and Development Services,

Respondent.

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition alleges violation of federal rights pertaining to Petitioner's involuntary commitment to Central State Hospital on April 10, 2014.

The petition was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The Magistrate Judge's Report and Recommendation filed May 16, 2016, recommends that the court dismiss the petition as moot due to Petitioner's release from custody and his failure to show any continuing collateral consequences. The Report further recommends petitioner's motion to quash (ECF No. 10) be terminated as moot. The Report and Recommendation advised Petitioner of his right to object and the time limit for doing so. The Court has received no objections, and the time for filing objections has now expired.

Accordingly, the Court does hereby accept the findings and recommendations set forth in the

Report and Recommendation filed May 16, 2016, and it is therefore ORDERED that respondent's Motion to Dismiss be GRANTED, and that the petition be DISMISSED AND TERMINATED AS MOOT. It is further ORDERED that petitioner's motion to quash (ECF No. 10) be TERMINATED AS MOOT.

Petitioner may appear from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date of entry of such judgment.

Petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right, therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. See Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).

The Clerk shall mail a copy of this Final Order to petitioner and provide an electronic copy of the Final order to counsel of record for respondent.

/s/
_____
RAYMOND A. JACKSON
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
June 20, 2016